PEOPLE, PLAINTIFF AND APPELLEE, *v.* RODRÍGUEZ, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Guayama in a Prosecution for Violation of Section 162 of the Penal Code.

No. 1740.—Decided May 20, 1921.

Decided on the grounds of the opinion delivered in the case of *People v. Torres, ante,* page 438.

*Mr. R. Martínez Nadal* for the appellant.
*Mr. J. E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, Del Toro, Aldrey and Hutchison concurred.